IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 22 PM 1:59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 05-20072-02 Ml |
| Tammy Lewis ) | (30-Day Continuance) |
| Defendant(s). ) | |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the August, 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Friday, August 26, 2005, with trial to take place on the September, 2005 rotation calendar with the time excluded under the Speedy Trial Act through September 16, 2005. Agreed in open court at report date this 22nd day of July, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-25-05

(39)

SO ORDERED this 22nd day of July, 2005.

*[signature]*
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

*[signature]*
Assistant United States Attorney

*[signature]*

_____
Counsel for Defendant(s)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:05-CR-20072 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT