IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.                                  CR. NO.  05-20072-02
                                           05-20074-02

TAMMY LEWIS,

    DEFENDANT.

---

ORDER GRANTING CONSOLIDATION AND TRIAL

---

IT APPEARING TO THIS COURT THAT upon the filed motion of the Defendant, Tammy Lewis, to consolidate the above styled matters and to try both cases on October 4, 2005 for good cause shown the Court grants the motion and consolidates the above styled cases for trial on October 4, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE
DATE: _____10/4/05_____

FILED IN OPEN COURT
DATE: 10/4/05
TIME: 1:30 pm
INITIALS: JPW

47

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:05-CR-20072 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Honorable Jon McCalla
US DISTRICT COURT