IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 13 AM 10: 53

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| VS | ) | CR. NO. 05-20072-Ml |
| TAMMY LEWIS | ) | |
| Defendant. | ) | |

**ORDER ON JURY VERDICT**

This cause came on for trial on October 4, 2005, the United States Attorney for this District, Tim DiScenza, representing the Government, and the defendant, Tammy Lewis, appearing in person and with counsel, Lawrence Kern.

Jurors were selected and sworn. After listening to opening statements, all of the proof, closing arguments and jury charge, the jurors were excused to begin deliberation.

After due deliberation, the jury returned in open court on October 7, 2005, and announced a verdict of NOT GUILTY as to Count 1 of the Indictment.

Jurors were polled individually.

ENTERED this the 12 day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-13-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:05-CR-20072 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Honorable Jon McCalla
US DISTRICT COURT